IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00388-01-CR-W-HFS |
| ) | |
| JOSHUA A. DUGGER, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
<u>CONCERNING PLEA OF GUILTY</u>

  Defendant Joshua A. Dugger appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to Count One of the Information charging him with a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), that is, possession with the intent to distribute 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine, Count Two charging him with a violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2, that is, possession of a firearm in furtherance of a drug trafficking crime, and Count Three charging him with a violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2), that is, being a felon in possession of a firearm. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

  Based on the foregoing, it is

  RECOMMENDED that defendant Joshua A. Dugger's plea of guilty be accepted and that defendant Dugger be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

                */s/ Lajuana M. Counts*
                Lajuana M. Counts
                United States Magistrate Judge