IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00388-CR-W-HFS |
| | ) | |
| JOSHUA A. DUGGER | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on June 25, 2020, before Magistrate Judge Lajuana M. Counts, defendant executed a Plea Agreement. (Doc. 28). In a Report and Recommendation dated June 25, 2020 (Doc. 29), Judge Counts determined that the guilty plea to Count One of the Information charging defendant with a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) - that is, possession with intent to distribute 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine; Count Two charging him with a violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2 – that is, possession of a firearm in furtherance of a drug trafficking crime; and Count Three charging him with a violation of 18 U.S.C.

§§ 922(g)(1) and 924(a)(2) – that is, being a felon in possession of a firearm. Judge Counts further determined that the guilty plea was knowledgeable and voluntary and that the offenses were supported by an independent basis in fact containing each essential element of the offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 29) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

SO ORDERED.

                                             /s/ Howard F. Sachs  
                                             HOWARD F. SACHS  
                                             UNITED STATES DISTRICT JUDGE

July 27, 2020

Kansas City, Missouri