My name is Joshua Allen Dugger
SSN # 499-XXXXXXX

I'm considering Filing an appeal and I need a copy of my: Sentencing Judgement, Docket sheet and court transcripts.